## JOHN R. BUCHANAN v. EDITH C. BUCHANAN

18 So. (2nd) 7
February 29, 1944
Rehearing May 5, 1944

January Term, 1944
En Banc

*Fisher & Hammer, Horner C. Fisher* and *W. Q. Cain,* for appellant.

*Gordon W. Lynn* and *Harry L. Ryan, Jr.,* for appellee.

BUFORD, C. J.:

From a full and careful consideration of the transcript of the evidence in this case, I am definitely convinced that the weight of the evidence showed that appellee was guilty of adultery as charged by appellant and that, therefore, she is not entitled to a decree for either alimony or for suit money.

I, therefore, reach the conclusion that the decree should be reversed with directions that decree be entered in favor of appellant.

So ordered.

BROWN, THOMAS, ADAMS and SEBRING, JJ., concur.

TERRELL and CHAPMAN, JJ., dissent.

CHAPMAN, dissenting:

This is an appeal from a final decree entered by the Circuit Court of Palm Beach County, Florida. The final decree awarded (1) a divorce to the wife; (2) permanent alimony to her in the sum of $350.00 per month; (3) counsel fees and court costs. The appellant (husband and defendant below) perfected an appeal here. We have read and studied all the testimony; the briefs have been read and cited authorities examined and able oral argument has been heard at the bar of this Court, and the Court being now fully advised as to the proper decree or judgment to be entered in the premises; it is upon consideration ordered and decreed that the final decree appealed from should be and is hereby affirmed.

Counsel for appellee (the wife) by petition filed here seek an additional allowance as counsel fees for professional services rendered here. The record discloses that fees in the total sum of $5500.00 were decreed or allowed by the chancellor

below and it is our conclusion that said sum is ample compensation for services rendered here and in the lower court, and accordingly the petition for an additional allowance of counsel fees for services rendered here in this cause be and the same is denied.

Affirmed.

TERRELL, J., concurs.

ON PETITION FOR REHEARING

PER CURIAM:

On consideration of petition for rehearing, we reach the conclusion that our order entered herein on February 29, 1944 by which we reversed the final decree of the court below with directions that a decree be entered in favor of the appellant, should be modified so that the following paragraphs of the final decree shall stand affirmed, to-wit:

"Adjudged, Ordered and Decreed that the defendant John R. Buchanan, shall pay unto the registry of this Court, within 60 days from the date hereof, for the use of Gordon W. Lynn and Harry L. Ryan, Jr., solicitors for plaintiff herein, the additional sum of five thousand Dollars ($5,000.00) as counsel fees, together with interest at 5% per annum until paid, and it is further Adjudged, Ordered and Decreed that forthwith the defendant John R. Buchanan pay to Ernest Metcalf, Esquire, the special master herein, the sum of One Thousand Dollars ($1,000.00) as the special master's fee herein; and it is further Adjudged, Ordered and Decreed that costs in this cause for expense of recording testimony, amounting to Sixty-seven Dollars and Sixty Cents ($67.60), and sheriff's fees amounting to Three Dollars and Thirty-five cents ($3.35), together with any other unpaid costs to date, be and the same are hereby taxed against the defendant."

It is further ordered that appellee do have and recover from the appellant the sum of $500.00 additional fee for her solicitors for services rendered in this court and that the appellant pay the costs incident to this appeal.

On entry of this Order of Modification, petition for rehearing is denied.

It is so ordered.

BUFORD, C. J., BROWN, THOMAS, ADAMS and SEBRING, JJ., concur.

TERRELL and CHAPMAN, JJ., concur in part.

TERRELL and CHAPMAN, JJ., concur in part:

We are willing to concur in the judgment as to fees and costs but we are still of the view that petition for rehearing should be granted.